THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00066-MR

ROBERT S. BURGE,           )
                           )
                           )
        Plaintiff,         )
                           )
vs.                        )     **J U D G M E N T**
                           )
                           )
CAROLYN W. COLVIN, Acting  )
Commissioner of Social Security, )
                           )
        Defendant.         )
_____)

For the reasons set forth in the Memorandum of Decision and Order entered herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's Motion for Summary Judgment on the Pleadings is **DENIED**; the Defendant's Motion for Affirmance of the Commissioner's Decision is **GRANTED**; and the decision of the Commissioner denying the Plaintiff benefits is hereby **AFFIRMED**. This case is hereby **DISMISSED WITH PREJUDICE.**

Signed: March 28, 2014

Martin Reidinger
United States District Judge